UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA ANDRE,

     Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

Hon. Phillip J. Green

Case No. 1:19-cv-00041

## **REPORT AND RECOMMENDATION**

Plaintiff is seeking judicial review under 42 U.S.C. § 405(g) of the Commissioner's decision denying her application for disability insurance benefits (DIB). Plaintiff filed her complaint on January 18, 2019. (ECF No.1). Plaintiff is currently represented by counsel. Plaintiff, through counsel, filed her financial applications to proceed *in forma pauperis* to avoid prepaying fees and costs. (ECF No. 4, 6, 8). Plaintiff was ordered by the Court to file amended applications, due to plaintiff's failure to properly fill out the form. (ECF No. 5, 7). For the following reasons, I recommend that plaintiff's application to proceed *in forma pauperis* be denied.

After a review of plaintiff's financial affidavit, it appears that she and her spouse have more than $8,000 in their joint bank account. Accordingly, it appears that plaintiff has sufficient funds to the pay the filing fee in this matter.

Dated:    February 20, 2019          /s/ Phillip J. Green
                                     PHILLIP J. GREEN
                                     United States Magistrate Judge

## NOTICE TO PARTIES

ANY OBJECTIONS to this Report and Recommendation must be filed and served within fourteen days of service of this notice on you.   28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b).  All objections and responses to objections are governed by W.D. MICH. LCIVR 72.3(b).   Failure to file timely and specific objections may constitute a waiver of any further right of appeal.   *See Thomas v. Arn*, 474 U.S. 140 (1985); *Keeling v. Warden, Lebanon Corr. Inst.*, 673 F.3d 452, 458 (6th Cir. 2012); *United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008).   General objections do not suffice. *See McClanahan v. Comm'r of Social Security*, 474 F.3d 830, 837 (6th Cir. 2006); *Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir. 2006).